# 2:19-cv-00006-WHA-CSC

# Ruskjer v. Woods

Docket Entry 19 has been STRICKEN due to a Clerical Error. Entry was made in the incorrect civil action. Parties are directed to DISREGARD this entry.